2/2

After Recording Return To:
**PEELE MANAGEMENT CORPORATION**
ASSIGNMENT JOB #90822
P.O BOX 30014
RENO, NV. 89520-3014
(775) 827-9600

WM Loan No. [redacted]

THIS DOCUMENT WAS PREPARED BY:

[redacted]
WASHINGTON MUTUAL BANK, FA
P.O. BOX 44090
JACKSONVILLE, FL 32231-9930
ATTN: CUSTODIAL LIAISON BB-CL3

Clackamas County Official Records
Sherry Hall, County Clerk
2003-041141
$31.00
00457043200300411410020028
04/03/2003 01:21:47 PM
M-TDA Cnt=1 Stn=1 ELIZABETH
$10.00 $11.00 $10.00

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

For good and valuable consideration, the sufficiency of which is hereby acknowledged, the undersigned,
**WASHINGTON MUTUAL BANK, FA**

36-005 4610

whose address is 7301 Baymeadows Way, Jacksonville, Florida 32256-6833. (GRANTOR)
By these presents does convey, grant, bargain, sell, assign, transfer and set over to:

Deutsche Bank Trust Company Americas as Trustee
3 Park Plaza, Sixteenth Floor, Irvine, CA 92614-8539 **(GRANTEE)**

the described Mortgage/Deed of Trust, together with the certain note(s) described therein with all interest, all liens and any rights due or to become due thereon.

Said Mortgage/Deed of Trust is recorded in the County of **Clackamas** State of **Oregon**

Official Records on:
Original Mortgagor: **ROBYNNE A FAULEY**

Original Loan Amount: **$330,000.00**

Property Address: **12125 SOUTHEAST LAUGHING WATER ROAD, SANDY, OR 97055**

Legal Municipality: SEE ATTACHED LEGAL DESCRIPTION
Document #: 2002-057800 BOOK: PAGE:
Recorded 6-20-02
Date: **July 29, 2002**

**WASHINGTON MUTUAL BANK, FA**

O. Simmons, Witness

D. Santana, Witness

M. Free, Assistant Vice President

Lori A. Brown, Assistant Secretary

**STATE OF FLORIDA**
**COUNTY OF DUVAL**

The foregoing instrument was acknowledged before me this **29TH day of July, 2002** by ***M. Free*** and ***Lori A. Brown***, ***Assistant Vice President*** and ***Assistant Secretary*** of Washington Mutual Bank, FA, A Federal Savings Bank, on behalf of the corporation. He/She is personally known to me and did take an oath.

Regina W. Anderson
MY COMMISSION #DD048265 EXPIRES
October 12, 2005
Bonded Thru Troy Fain Insurance, Inc

Regina W. Anderson, Notary Public
State of Florida At Large
My Commission Expires: October 12, 2005



7889719
4610
FAULEY ROBYNNE A
MERS:

Exhibit C
Page 2 of 11

Exhibit "A"

Parcel 1, Partition Plat nO. 1999-041, in the County of
Clackamas and State of Oregon



5/10/11 26

7889719

FATCO. NO. 1019082-TD

Recording requested by:

When recorded mail to:

Litton Loan Servicing LP
4828 Loop Central Drive
Houston, TX 77081

Clackamas County Official Records
Sherry Hall, County Clerk

2007-038181

$26.00

01098354200700381810010012

05/03/2007 10:09:23 AM

M-TDA Cnt=1 Stn=10 LESLIE
$5.00 $11.00 $10.00

Space above this line for recorders use

TS # OR-07-79188-JB    Order # 3290940    Loan # [redacted]

# Assignment of Deed of Trust

For value received, the undersigned corporation hereby grants, assigns, and transfers to WASHINGTON MUTUAL BANK, FA all beneficial interest under that certain Deed of Trust dated **6/12/2002** executed by **ROBYNNE A FAULEY**, as Trustor(s) to **STEWART TITLE GUARANTY COMPANY**, as Trustee and recorded as Instrument No. **2002-057800**, on **6/20/2002**, in Book **xxx**, Page **xxx** of Official Records, in the office of the County Recorder of **CLACKAMAS** County, **OR** together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Dated: APR 11 2007

**Residential Funding Company, LLC**

By: [signature] Denise Bailey
Assistant Secretary

State of Texas )
) ss
County of Harris )

On APR 11 2007 before me, Brenda F. McKinzy the undersigned Notary Public, personally appeared Denise Bailey personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Signature [signature] (Seal)

BRENDA F. MCKINZY
Notary Public, State of Texas
My Commission Expires
December 05, 2010

3/3

Clackamas County Official Records
Sherry Hall, County Clerk

2008-074676

$41.00

01259537200800746760030037

10/31/2008 02:17:25 PM

M-TDA Cnt=1 Stn=10 ELIZABETH
$15.00 $16.00 $10.00

BC 619513
This Document Prepared By and
After Recording Please Return To:
**MGC Mortgage, INC.**
Attn: Allison Martin, Manager
Document Control
7195 Dallas Parkway
Plano, Texas 75024

---

## CORRECTIVE ASSIGNMENT OF DEED OF TRUST

(This Assignment is being recorded to corrected chain of assignments.)

**Grantor:** **Deutsche Bank Trust Company Americas (formerly known as Bankers Trust Company) as Trustee**
**1761 East St. Andrew Place, Santa Ana, Ca 92705**

**Grantee:** **Residential Funding Company, LLC**
**One Meridian Crossings, Suite 100, Minneapolis, MN 55423**

**Property Address: 12125 Southeast Laughing Water Road, Sandy, OR 97055**

**Legal Description: Parcel 1, Partition Plat No. 1999-041, in the County of Clackamas and State of Oregon.**

## ASSIGNMENT OF DEED OF TRUST

THIS ASSIGNMENT OF DEED OF TRUST (this "Assignment") is made by DEUTSCHE BANK TRUST COMPANY AMERICAS (formerly known as Bankers Trust Company) as Trustee, whose address is 1761 East St. Andrew Place, Santa Ana, CA 92705, ("Assignor"), to and in favor of RESIDENTIAL FUNDING COMPANY LLC., whose address is One Meridian Crossings, Suite 100, Minneapolis, Minnesota 55423 ("Assignee").

THIS ASSIGNMENT WITNESSES THAT, in consideration of Ten Dollars ($10.00) and other good and valuable consideration paid by Assignee, Assignor hereby assigns, transfers, sets over and conveys to Assignee and its successors and assigns, without recourse and without representation or warranty, whether express, implied or created by operation of law, except as expressly set forth in the Purchase Agreement, the following:

1. that certain Deed of Trust from Robynne A. Fauley, dated June 12, 2002, and recorded June 20, 2002, as Instrument No 2002-057800, in the Clerk's Office of the County of Clackamas, State of Oregon, (the "Deed of Trust"), which Deed of Trust secures that certain Promissory Note dated June 12, 2002, in the original principal amount of $330,000.00, executed by Robynne A. Fauley and payable to the order of Washington Mutual Bank, FA., as modified or amended (the "Note");

2. Assigned to Deutsche Bank Trust Company Americas as Trustee by Assignment dated July 29, 2002, recorded on April 3, 2003, as Instrument No. 2003-041141, in the Clerk's Office of the County of Clackamas, State of Oregon.

3. Assigned to Washington Mutual by Assignment dated April 11, 2007, recorded on May 3, 2007, as Instrument No. 2007-038181, in the Clerk's Office of the County of Clackamas, State of Oregon.

4. as such other documents, agreements, instruments and other collateral that evidence, secure or otherwise relate to Assignor's right, title or interest in and to the Deed of Trust and/or the Note and/or the loan evidenced by the Note, including without limitation the title insurance policies and hazard insurance policies relating thereto that are in effect.

**IN WITNESS WHEREOF,** Assignor has caused this Assignment to be executed and delivered by its Authorized Representative as of the 27th day of October, 2008.

Deutsche Bank Trust Company Americas (formerly known as Bankers Trust Company) as Trustee, Residential Funding Company, LLC formerly known as Residential Funding Corporation Attorney-in Fact

WITNESS: Pamela L. Spencer

By: ______
Name: Michael Mead
Title: Limited Signing Officer

WITNESS: B. Zahn

**POA recorded on 2/7/2003, as Instr. No. 2003-016512.**

**ACKNOWLEDGMENT**

STATE OF MINNESOTA §
§
COUNTY OF HENNEPIN §

Before me, the undersigned, a Notary Public, on this day personally appeared Michael Mead, who is personally well known to me (or sufficiently proven) to be the Limited Signing Officer of Residential Funding Company, LLC formerly known as Residential Funding Corporation and the person who executed the foregoing instrument by virtue of the authority vested in him/her, and he/she acknowledged to me that he/she executed the same for the purposes and consideration therein expressed and in the capacities therein stated.

Given under my hand and seal this 27th day of October, 2008.

Notary Public, State of Minnesota
My commission expires: 01-31-2008

AFFIX NOTARY SEAL

BC:619513

1/2

Clackamas County Official Records
Sherry Hall, County Clerk

2008-074677

$36.00

01259538200800746770020027 10/31/2008 02:17:25 PM

M-TDA Cnt=1 Stn=10 ELIZABETH
$10.00 $16.00 $10.00

This Document Prepared By and
After Recording Please Return To:
MGC MORTGAGE, INC.
Attn: Allison Martin, Manager
Document Control
7195 Dallas Parkway
Plano, Texas 75024

---

## ASSIGNMENT OF DEED OF TRUST

**Grantor:** RESIDENTIAL FUNDING COMPANY, LLC
One Meridian Crossings, Suite 100, Minneapolis, Minnesota 55423

**Grantee:** LNV CORPORATION
7195 Dallas Parkway, Plano, Texas 75024

**Property Address:** 12125 Southeast Laughing Water Road, Sandy, OR 97055

**Legal Description:** Parcel 1, Partition Plat No. 1999-041, in the County of Clackamas and State of Oregon.

BC 619513




CORPORATION ASSIGNMENT of DEED OF TRUST

RFC Loan Number: [redacted]
Seller Loan Number: [redacted]

**FOR VALUE RECEIVED, 'Residential Funding Company, LLC fka Residential Funding Corporation'**

the undersigned hereby grants, assigns and transfers to

all beneficial interest under that certain Deed of Trust dated 6/12/2002
executed by ROBYNNE A FAULEY

TO/FOR:

and recorded in Book n/a on Page n/a as Instrument No. 2002-057800 on 6/20/2002 of official Records in the County Recorder's Office of Clackamas County, Oregon.

Property Address: 12125 SE SOUTHEAST LAUGHING WA SANDY, OR 97055
MORTGAGE AMOUNT: $330,000.00
TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

**'Residential Funding Company, LLC fka Residential Funding Corporation'**

BY: [signature]
NAME: Jeanne J. Smith
TITLE: Assistant Vice President

STATE OF Minnesota )
COUNTY OF Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Jeanne J. Smith, Assistant Vice President of 'Residential Funding Company, LLC fka Residential Funding Corporation' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

This instrument was drafted by Diane Meistad, Residential Funding Company, LLC, One Meridian Crossings, Suite 100, Minneapolis, MN 55423, (952) 979-4000.

Diane M Meistad
Notary Public in and for said State

DIANE M. MEISTAD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2010

(Area to right reserved for Recording)

WHEN RECORDED MAIL TO:

Prepared By and when recorded
Please return to:MGC Mortgage Inc.
Document Control Dept.
7195 Dallas Parkway
Plano, TX 75024

BC 614513

1/2

Clackamas C[illegible] y Officia[illegible] cords 2008-074677
Sherry Ha[illegible] ounty Cl[illegible]
$36.00
012595382[illegible] 07467700[illegible] 10/3[illegible] 08 02:17:25 PM
M-TDA Cnt=1 Stn=10 ELIZABETH
$10.00 $16.00 $10.00

Clackamas County Official Records 2012-023399
Sherry Hall, County Clerk
$52.00
01574444201200233990020029 04/17/2012 12:01:27 PM
M-TDA Cnt=1 Stn=5 CONNIEBRO
$10.00 $16.00 $16.00 $10.00

This Document Prepared By and
After Recording Please Return To:
**MGC MORTGAGE, INC.**
Attn: Allison Martin, Manager
Document Control
7195 Dallas Parkway
Plano, Texas 75024

---

## ASSIGNMENT OF DEED OF TRUST

**Grantor:** **RESIDENTIAL FUNDING COMPANY, LLC**
**One Meridian Crossings, Suite 100, Minneapolis, Minnesota 55423**

**Grantee:** **LNV CORPORATION**
**7195 Dallas Parkway, Plano, Texas 75024**

**Property Address:** **12125 Southeast Laughing Water Road, Sandy, OR 97055**

**Legal Description: Parcel 1, Partition Plat No. 1999-041, in the County of Clackamas and State of Oregon.**

Re-recorded at the request of LNV Corporation to add Grantee name & address on Original Assignment.
Previously Recorded: 10/31/08, as Inst. No. 2008-074677

BC 619513

CORPORATION ASSIGNMENT of DEED OF TRUST

RFC Loan Number: [redacted]
Seller Loan Number: [redacted]

**FOR VALUE RECEIVED, 'Residential Funding Company, LLC fka Residential Funding Corporation'**

the undersigned hereby grants, assigns and transfers to LNV Corporation 7195 Dallas Pkwy Plano, Tx 75024

all beneficial interest under that certain Deed of Trust dated 6/12/2002 executed by ROBYNNE A FAULEY

TO/FOR:

and recorded in Book n/a on Page n/a as Instrument No. 2002-057800 on 6/20/2002 of official Records in the County Recorder's Office of Clackamas County, Oregon.

Property Address: 12125 SE SOUTHEAST LAUGHING WA SANDY, OR 97055
MORTGAGE AMOUNT: $330,000.00

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

**'Residential Funding Company, LLC fka Residential Funding Corporation'**

BY: [signature]
NAME: Jeanne J. Smith
TITLE: Assistant Vice President

STATE OF Minnesota )
COUNTY OF Hennepin )

On 3/10/2008 before me, the undersigned, a Notary Public in and for said State personally appeared Jeanne J. Smith, Assistant Vice President of 'Residential Funding Company, LLC fka Residential Funding Corporation' personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

This instrument was drafted by Diane Meistad, Residential Funding Company, LLC, One Meridian Crossings, Suite 100, Minneapolis, MN 55423, (952) 979-4000.

Diane Meistad
Notary Public in and for said State

(Area to right reserved for Recording)

WHEN RECORDED MAIL TO

Prepared By and when recorded
Please return to:MGC Mortgage Inc.
Document Control Dept.
7195 Dallas Parkway
Plano, TX 75024

BC 619513