**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Gabrielle D. Richards**, OSB No. 114992
GRichards@perkinscoie.com
**Jeffrey M. Peterson**, OSB No. 115723
JeffreyPeterson@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff
LNV Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LNV CORPORATION**, a Nevada corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>**ROBYNNE A. FAULEY**, a citizen of the State of Oregon; and **U.S. BANK NATIONAL ASSOCIATION**,<br><br>            Defendants. | Case No. 3:15-cv-01422-HZ<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff LNV Corporation discloses as follows: LNV Corporation is a Nevada corporation and a wholly owned subsidiary of Beal Bank USA, a Nevada thrift.  Beal Bank USA is wholly owned by Beal Financial Corporation, a Texas corporation.  Beal Bank USA and Beal Financial Corporation are not publicly traded corporations.

//

1- PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

LEGAL127068713.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED: July 31, 2015

s/ *Erick J. Haynie*
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Gabrielle D. Richards**, OSB No. 114992
GRichards@perkinscoie.com
**Jeffrey M. Peterson**, OSB No. 115723
JeffreyPeterson@perkinscoie.com
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff
LNV Corporation

2-   PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

LEGAL127068713.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222