**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Gabrielle D. Richards**, OSB No. 114992
GRichards@perkinscoie.com
**Jeffrey M. Peterson**, OSB No. 115723
JeffreyPeterson@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff
LNV Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LNV CORPORATION**, a Nevada corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>**ROBYNNE A. FAULEY**, a citizen of the State of Oregon; and **U.S. BANK NATIONAL ASSOCIATION**,<br><br>                    Defendants. | Case No. 3:15-cv-01422-HZ<br><br>DECLARATION OF JEFFREY M. PETERSON REGARDING OFFICE SERVICE ON DEFENDANT FAULEY |

I, Jeffrey Peterson, declare:

1.      I am an attorney with Perkins Coie LLP, which represents the plaintiff in this case.  The facts stated herein are personally known to me and if called upon to testify, I would testify to the same.

2.      On August 3, 2015, pursuant to Fed. R. Civ. P. 4(e)(1) and ORCP 7 D(2)(c), I mailed a follow-on letter, by first class mail, to defendant Robynne A. Fauley at both her

1-    PETERSON DECLARATION REGARDING OFFICE
      SERVICE ON DEFENDANT FAULEY

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

LEGAL127306241.1

residence and business addresses. Pursuant to ORCP 7 D(2)(c), the letter states the date, time, and place at which office service was made. Enclosed with the letter were true and correct copies of the following:

    a) Summons (Dkt. 4);

    b) Complaint (Dkt. 1);

    c) Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Civil Case Management Time Schedules, and other documents from the Court included in docket item 3 (Dkt. 3); and

    d) The Court's ECF notification of docket item 3.

3. Attached hereto as Exhibit 1 are the letter and its enclosures that were mailed to defendant Fauley on August 3, 2015.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated this 13th day of August, 2015 at Portland, Oregon.

                                                          s/ *Jeffrey M. Peterson*
                                                            Jeffrey M. Peterson

2- PETERSON DECLARATION REGARDING OFFICE SERVICE ON DEFENDANT FAULEY

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

LEGAL127306241.1

## CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing **DECLARATION OF JEFFREY M. PETERSON REGARDING OFFICE SERVICE ON DEFENDANT FAULEY** on the following:

| | |
|---|---|
| Robynne A. Fauley<br>12125 Southeast Laughing Water Road<br>Sandy, OR 97055 | U.S. Bank<br>Attn: Any Branch Officer<br>321 SW 6th Ave<br>Portland, OR 97204 |

to be sent by the following indicated method or methods, on the date set forth below:

    [ X ]  by **mail**

DATED: August 13, 2015

**PERKINS COIE** LLP

By: s/ *Jeffrey M. Peterson*
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Gabrielle D. Richards**, OSB No. 114992
GRichards@perkinscoie.com
**Jeffrey M. Peterson**, OSB No. 115723
JeffreyPeterson@perkinscoie.com
**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff
LNV Corporation

1-    CERTIFICATE OF SERVICE

LEGAL127306241.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222