Robynne A. Fauley
Email: ihomm@ihomm.org
12125 SE Laughing Water Road
Sandy, OR 97055
Phone: 503-381-6937
Pro-per

FILED20 AUG '15 08:35USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LNV CORPORATION<br><br>PLAINTIFF<br>v.<br><br>ROBYNNE A. FAULEY;<br>U.S. BANK NATIONAL CORPORATION<br><br>DEFENDANTS | Case No: 3:15-cv-01422-HZ<br><br>**DEFENDANT FAULEY'S ANSWER TO LNV'S COMPLAINT** |

### DEFENDANT FAULEY'S ANSWER TO LNV'S COMPLAINT

Defendant ROBYNNE A. FAULEY, for her Answer, says as follows:

#### PARTIES

1. Defendant neither admits nor denies, leaving Plaintiff to its proofs

2. Defendant admits the allegations contained therein

3. Defendant neither admits nor denies, leaving Plaintiff to its proofs

#### JURISDICTION AND VENUE

4. Defendant neither admits nor denies, leaving Plaintiff to its proofs

5. Defendant admits the allegations contained therein

## FACTS AND BACKGROUND

6. Defendant admits the allegations contained therein

7. Defendant denies the allegations contained therein

8. Defendant denies the allegations contained therein, and specifically denies Plaintiff's Exhibit A is a true copy of said Note

9. Defendant denies the allegations contained therein

10. Defendant denies the allegations contained therein and specifically denies Plaintiff's Exhibit B is a true copy of said Trust Deed.

11. Defendant neither admits nor denies, leaving Plaintiff to its proofs

12. Defendant neither admits nor denies, leaving Plaintiff to its proofs

13. Defendant neither admits nor denies, leaving Plaintiff to its proofs

14. Defendant denies the allegations contained therein.

15. Defendant denies the allegations contained therein

16. Defendant denies the allegations contained therein.

17. Defendant denies all allegations contained therein.

18. Defendant denies the allegations contained therein.

19. Defendant denies the allegations contained therein.

20. Defendant neither admit nor denies, leaving plaintiff to its proofs.

21. Defendant neither admit nor denies, leaving plaintiff to its proofs.

22. Defendant denies all allegations contained therein

23. Defendant admits the allegations contained therein.

24. Defendant denies the allegations contained therein.

25. Defendant admits filing a prior complaint against plaintiff and others and admits it was dismissed however a Rule 60b Motion was filed to reinstate the cause, based upon newly discovered evidence, and it was denied.

26. Defendant denies all allegations contained therein.

27. Defendant neither admits nor denies the allegations contained therein, leaving plaintiff to its proofs.

28. Defendant denies the allegations contained therein, and more specifically denies that Plaintiff's Exhibit D is a true and correct copy.

## PLAINTIFF'S FIRST CAUSE OF ACTION

29. Defendant herein re-alleges and incorporates by reference as if fully set forth herein it's answers to paragraphs 1 through 28 above.

30. Defendant denies all allegations contained therein.

31. Defendant denies all allegations contained therein.

32. Defendant denies all allegations contained therein.

33. Defendant denies all allegations contained therein.

34. Defendant denies all allegations contained therein.

35. Defendant denies all allegations contained therein.

36. Defendant denies all allegations contained therein.

37. Defendant denies all allegations contained therein.

38. Defendant denies all allegations contained therein.

39. Defendant denies all allegations contained therein.

40. Defendant denies all allegations contained therein

WHEREFORE, Defendant ROBYNNE A. FAULEY, denies all allegations contained within Plaintiff's "Prayer For Relief", specifically denying sub-paragraphs "A through D" and respectfully prays that Plaintiff's Complaint be dismissed in its entirety and Defendant be awarded costs and Attorney Fees so wrongfully incurred herein.

Respectfully Submitted by:

*[signature]*
Robynne A. Fauley, Pro-per

DATED: AUGUST 20, 2015