**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Gabrielle D. Richards**, OSB No. 114992
GRichards@perkinscoie.com
**Jeffrey M. Peterson**, OSB No. 115723
JeffreyPeterson@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff
LNV Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LNV CORPORATION**, a Nevada corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>**ROBYNNE A. FAULEY**, a citizen of the State of Oregon; and **U.S. BANK NATIONAL ASSOCIATION**,<br><br>              Defendants. | Case No. 3:15-cv-01422-HZ<br><br>PLAINTIFF'S MOTION FOR JUDICIAL NOTICE<br><br>Pursuant to Fed. R. Evid. 201 |

**LOCAL RULE 7-1 COMPLIANCE**

Pursuant to Local Rule 7-1(a), the undersigned counsel for Plaintiff conferred in good faith with Defendant by telephone on November 10, 2015, and the parties were unable to reach a resolution of this matter.

1- PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

79707-0018/128404033.1

## MOTION

Plaintiff LNV Corporation ("LNV"), by and through its attorneys, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201(b)(2) of the facts enumerated in the memorandum below. This motion is supported by the following memorandum and the records on file with the Court in this action.

## MEMORANDUM IN SUPPORT OF MOTION

The facts of which LNV requests judicial notice are undisputed matters of public record and documents on file in the U.S. Bankruptcy Court for the District of Oregon. As such, the facts are not subject to reasonable dispute because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. *See Harris v. County of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (A court "may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts." (citation omitted)).

1. The docket sheet from Defendant Robynne A. Fauley's Chapter 13 bankruptcy case filed on September 11, 2007 in the U.S. Bankruptcy Court for the District of Oregon, Case No. 07-33624-tmb13 (the "Chapter 13 Case"), a true and correct copy of which is attached hereto as Exhibit 1.

2. Defendant Fauley's Initial Chapter 13 Plan filed on September 26, 2007 in the Chapter 13 Case, a true and correct copy of which is attached hereto as Exhibit 2.

3. The Bankruptcy Court's Order confirming Defendant Fauley's Chapter 13 Plan, as amended in the Order, a true and correct copy of which is attached hereto as Exhibit 3.

4. The Transfer of Claim Other Than For Security filed by Litton Loan Servicing to transfer its claim against Defendant Fauley in the Chapter 13 Case to LNV, a true and correct copy of which is attached hereto as Exhibit 4.

5. The docket sheet from *Fauley v. Washington Mutual Bank, FA, et al.*, No. 3:13-cv-00581-MO, in the United States District Court for the District of Oregon (the "Dismissed Action"), a true and correct copy of which is attached hereto as Exhibit 5.

2- PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

79707-0018/128404033.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

6. Defendant Fauley's Second Amended Complaint filed in the Dismissed Action, a true and correct copy of which is attached hereto as Exhibit 6.

7. The Judgment dismissing with prejudice all of Defendant Fauley's claims in the Dismissed Action, a true and correct copy of which is attached hereto as Exhibit 7.

DATED: November 10, 2015

s/ *Jeffrey M. Peterson*
**Erick J. Haynie**, OSB No. 982482
EHaynie@perkinscoie.com
**Gabrielle D. Richards**, OSB No. 114992
GRichards@perkinscoie.com
**Jeffrey M. Peterson**, OSB No. 115723
JeffreyPeterson@perkinscoie.com
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff
LNV Corporation

3- PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

79707-0018/128404033.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

## CERTIFICATE OF SERVICE

  I hereby certify that I served the foregoing **PLAINTIFF'S MOTION FOR JUDICIAL NOTICE** on the following:

Robynne A. Fauley
12125 Southeast Laughing Water Road
Sandy, OR 97055
email: ihomm@ihomm.org

to be sent by the following indicated method or methods, on the date set forth below:

| X | by **mail** and |
|---|---|
| X | by **email** |

DATED:  November 10, 2015      **PERKINS COIE LLP**

                 By:  s/ *Jeffrey M. Peterson*
                 **Erick J. Haynie**, OSB No. 982482
                 EHaynie@perkinscoie.com
                 **Gabrielle D. Richards**, OSB No. 114992
                 GRichards@perkinscoie.com
                 **Jeffrey M. Peterson**, OSB No. 115723
                 JeffreyPeterson@perkinscoie.com
                 **Perkins Coie LLP**
                 1120 N.W. Couch Street, Tenth Floor
                 Portland, OR  97209-4128
                 Telephone:  503.727.2000
                 Facsimile:  503.727.2222

                 Attorneys for Plaintiff
                 LNV Corporation

1-    CERTIFICATE OF SERVICE

79707-0018/128404033.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222