FILED

OCT 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LNV CORPORATION, a Nevada corporation,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>ROBYNNE ARIEL FAULEY,<br><br>    Defendant-Appellant,<br><br> and<br><br>U.S. BANK,<br><br>    Defendant. | No. 16-35593<br><br>D.C. No. 3:15-cv-01422-HZ<br>District of Oregon,<br>Portland<br><br>ORDER |

Before:   SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

  Fauley's motion for an extension of time to file a petition for rehearing (Docket Entry No. 60) is granted. Any petition for rehearing is due within 14 days of the date of this order.