IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LNV CORPORATION, a Nevada corporation,

        Plaintiff,

   v.

ROBYNNE A. FAULEY, a citizen of the State of Oregon; and U.S. BANK NATIONAL ASSOCIATION,

        Defendants.

No. 3:15-cv-01422-HZ

OPINION & ORDER

//

//

//

1 – OPINION & ORDER

HERNÁNDEZ, District Judge:

Before the Court is Defendant Robynne Fauley's Rule 60 Motion for Relief from Judgment or Order [92]. The Court DENIES the Motion. Defendant's case is currently on appeal before the Ninth Circuit, divesting the Court of its jurisdiction. *Laurino v. Syringa Gen. Hosp.*, 279 F.3d 750, 755 (9th Cir. 2002) (citing *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58–59 (1982)); Fed. R. Civ. P. 62.1(a)(2). In addition, Defendant's motion was not filed within one-year after the entry of judgment. Fed. R. Civ. P. 60(c)(1). The Court also DENIES Plaintiff's request to enter a pre-filing order against Defendant.

## CONCLUSION

Defendant's Motion for Relief from Judgment or Order [92] is DENIED without prejudice.

IT IS SO ORDERED

Dated this __5__ day of __Dec.__, 2017.

_Marco Hernández_
MARCO A. HERNÁNDEZ
United States District Judge