UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 15 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LNV CORPORATION, a Nevada corporation,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>ROBYNNE ARIEL FAULEY,<br><br>        Defendant-Appellant,<br><br> and<br><br>U.S. BANK,<br><br>        Defendant. | No.   16-35593<br><br>D.C. No. 3:15-cv-01422-HZ<br>District of Oregon,<br>Portland<br><br>ORDER |

Before:    SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Fauley's motion for an extension of time to file a motion to stay the mandate pending filing of a petition for writ of certiorari in the Supreme Court (Docket Entry No. 71) is denied.

No further filings will be entertained in this closed case.